PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>REYES DIAZ,<br><br>          Defendant. | CASE NO. 1:20-CR-00194-JLT-SKO-1<br><br>STIPULATION TO VACATE TRIAL DATE AND SET BRIEFING SCHEDULE & HEARING DATE; ORDER<br><br>CURRENT DATE: May 9, 2023<br>TIME: 8:30 AM<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and REYES DIAZ, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for trial on May 9, 2023.[1] ECF 50. It does not appear that a trial confirmation date was set.

2. The government asserts that discovery has been provided in this case. On today's date, the government obtained additional lab reports for this case and is in the process of producing them to counsel. The government is aware of its ongoing discovery obligations.

3. After reviewing the discovery previously provided by the government, the defendant now wishes to file a motion to suppress evidence.

---

[1] Due to a calendaring error, the case was originally scheduled for trial on May 8, 2023, and time was excluded until that date. ECF 49.

STIPULATION TO VACATE TRIAL DATE AND
SET BRIEFING SCHEDULE & HEARING DATE

1

4. The parties agree that such motion will be dispositive in this case.

5. In order for the parties to have sufficient time and opportunity to file and brief the issues, and in order for the Court to have sufficient time to review, consider, and hear argument with respect to the defense motion, the parties request a briefing schedule be set on the motion and that the trial date currently set on May 9, 2023, be vacated.

6. Accordingly, the parties hereby agree and stipulate to the following briefing schedule and hearing date:

- Defense motion to be filed on or before April 7, 2023
- Government opposition to be filed on or before April 24, 2023
- Defense reply, if any, to be filed on or before May 1, 2023
- Motion hearing to be set on May 8, 2023 at 10:00am

The dates proposed are mutually agreeable to the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

7. Time has already been excluded until May 8, 2023, by the Hon. Sheila K. Oberto, U.S. Magistrate Judge. ECF 49.

8. However, if the Court determines it needs to make a new time exclusion due to the filing of the defendant's pretrial motion, the parties hereby agree that time shall be excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion and the prompt disposition of the motion.

9. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

PHILLIP A. TALBERT
United States Attorney

Dated: March 20, 2023

/s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney

STIPULATION TO VACATE TRIAL DATE AND
SET BRIEFING SCHEDULE & HEARING DATE

2

Dated: March 20, 2023

/s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Counsel for Defendant
REYES DIAZ

### [~~PROPOSED~~] ORDER

**IT IS SO ORDERED** that the trial date set for May 9, 2023, is hereby vacated.

**IT IS FURTHER ORDERED** that a briefing schedule on the defense motion is hereby set in accordance with the parties' above stipulation. The defense motion is to be filed on or before April 7, 2023. The government's opposition is to be filed on or before April 24, 2023. Any defense reply is to be filed on or before May 1, 2023. A hearing on the motion is hereby set for May 8, 2023, at 10:00AM before the Hon. Jennifer L. Thurston, U.S. District Judge.

Time shall remain excluded until May 8, 2023, as previously ordered by the Hon. Sheila K. Oberto, U.S. Magistrate Judge.

IT IS SO ORDERED.

Dated:   **March 21, 2023**

UNITED STATES DISTRICT JUDGE