PHILLIP A. TALBERT
United States Attorney
JESSICA A. MASSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                               Plaintiff,<br><br>                        v.<br><br>REYES DIAZ,<br><br>                               Defendant. | CASE NO. 1:20-CR-00194-JLT-SKO-1<br><br>STIPULATION TO AMEND BRIEFING SCHEDULE, CONTINUE HEARING DATE, AND EXCLUDE TIME; ORDER<br><br>CURRENT DATE: May 8, 2023<br>TIME: 10:00 AM<br>COURT: Hon. Jennifer L. Thurston |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and REYES DIAZ, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for motion hearing on May 8, 2023. ECF 52.

2. The parties have conferred and would like additional time to file their respective briefings regarding defendant's anticipated motion to suppress evidence. The parties further agree that such motion will be dispositive in this case.

3. Additionally, current government counsel will no longer be employed in this district on the currently scheduled motion date. New government counsel will need to be assigned and will need additional time to get up to speed on the case.

4. In order for the parties to have sufficient time and opportunity to file and brief the issues, and in order for the Court to have sufficient time to review, consider, and hear argument with respect to

the defense motion, the parties request the current briefing schedule be amended and the motion date be continued to June 26, 2023.

5. Accordingly, the parties hereby agree and stipulate to the following amended briefing schedule and hearing date:

- Defense motion to be filed on or before May 26, 2023
- Government opposition to be filed on or before June 12, 2023
- Defense reply, if any, to be filed on or before June 19, 2023
- Motion hearing to be set on June 26, 2023, at 10:00am

The dates proposed are mutually agreeable to the parties and the parties make this request with the intention of conserving time and resources for both the parties and the Court.

6. Time was previously excluded to May 8, 2023 (the current motion date).  The parties hereby agree that time shall be excluded from May 8, 2023, through June 26, 2023, pursuant to 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion and the prompt disposition of the motion.

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

PHILLIP A. TALBERT
United States Attorney

Dated:  April 6, 2023    /s/ JESSICA A. MASSEY
JESSICA A. MASSEY
Assistant United States Attorney


Dated:  April 6, 2023    /s/ NICHOLAS F. REYES
NICHOLAS F. REYES
Counsel for Defendant
REYES DIAZ

STIPULATION TO AMEND BRIEFING SCHEDULE,
CONTINUE HEARING DATE, AND EXCLUDE TIME

2

**ORDER**

**IT IS SO ORDERED** that the motion date set for May 8, 2023, is hereby vacated.

**IT IS FURTHER ORDERED** that a briefing schedule on the defense motion is hereby set in accordance with the parties' above stipulation.  The defense motion is to be filed on or before May 26, 2023.  The government's opposition is to be filed on or before June 12, 2023.  Any defense reply is to be filed on or before June 19, 2023.  A hearing on the motion is hereby set for June 26, 2023, at 10:00AM before the Hon. Jennifer L. Thurston, U.S. District Judge.

Time shall be excluded from May 8, 2023, through June 26, 2023, pursuant to 18 U.S.C. § 3161(h)(1)(D) because the delay results from the filing of a pretrial motion, through the conclusion of any hearing on the motion and the prompt disposition of the motion.

IT IS SO ORDERED.

Dated:   **April 7, 2023**

UNITED STATES DISTRICT JUDGE