PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00194-SKO-JLT |
|---|---|
| Plaintiff, | STIPULATION TO SCHEDULE CHANGE OF PLEA AND EXCLUDE TIME UNDER SPEEDY TRIAL ACT; ORDER |
| v. | |
| REYES DIAZ, | |
| Defendant. | |

**BACKGROUND**

This case is set for trial on March 19, 2024. ECF 73. The parties have resolved this case through a plea agreement and request the trial be vacated and a change a plea be scheduled on November 20, 2023. Additionally, this Court previously excluded time through the trial date under the ends-of-justice exception, § 3161(h)(7) (Local Code T4). ECF 73.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a trial on March 19, 2024. ECF 73.

2. By this stipulation, defendant now moves to vacate the trial and trial confirmation hearing scheduled and to exclude time until the change of plea, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4].

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties request the earliest available date the Court is available for a change of plea, which is November 20, 2023.

4. Time was previously excluded by the Court until the trial date. ECF 73. For the same reasons previously adopted by the Court, the parties request time be excluded until November 20, 2023.

5. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

IT IS SO STIPULATED.

Dated:  November 1, 2023   PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated:  November 1, 2023   /s/ NICK REYES
NICK REYES
Counsel for Defendant
REYES DIAZ

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:   **November 1, 2023**   _____
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2