PHILLIP A. TALBERT
United States Attorney
ARIN C. HEINZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-CR-00194-SKO-JLT |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING; ORDER |
| v. | |
| REYES DIAZ, | |
| Defendant. | |

**BACKGROUND**

This case is set for a sentencing on March 18, 2024. ECF 78. The parties request to move the sentencing to May 20,2024.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a sentencing on March 18, 2024. ECF 78.

2. The parties request the continue the sentencing to May 20,2024 to allow for additional time to review the presentence report and conduct investigation related to sentencing.

3. The parties have consulted with the U.S. Probation Officer and agree to the following schedule:

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

| | |
|---|---|
| Judgment and Sentencing Date: | May 20, 2024 |
| Reply, or Statement of Non-Opposition: | May 17, 2024 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | May 10, 2024 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | May 03, 2024 |
| Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | April 26, 2024 |
| The draft Presentence Report shall be disclosed to counsel no later than: | Completed |

IT IS SO STIPULATED.

Dated:  March 7, 2024

PHILLIP A. TALBERT
United States Attorney

/s/ ARIN C. HEINZ
ARIN C. HEINZ
Assistant United States Attorney

Dated:  March 7, 2024

/s/ NICK REYES
NICK REYES
Counsel for Defendant
REYES DIAZ

**ORDER**

IT IS SO FOUND.

IT IS SO ORDERED.

Dated:  **March 8, 2024**

Jennifer L. Thurston
UNITED STATES DISTRICT JUDGE